MICHAEL BAILEY
United States Attorney
District of Arizona
ASHLEY B. CULVER
Assistant United States Attorney
State Bar No.: 028016
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520.620.7300
Email: ashley.culver@usdoj.gov
Attorneys for Plaintiff

2020 OCT -7  P 4: 29

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR20-01772 TUC-CKJ(MSA) |
|---|---|
| Plaintiff, | **I N D I C T M E N T** |
| vs. | Violation:<br>8 U.S.C. § 1326(a)(enhanced by<br>8 U.S.C. § 1326(b)(2)) |
| Jose Montijo-Estrella,<br>aka Jose Ramon Montijo-Estrella, | |
| Defendant. | (Illegal Reentry) |

**THE GRAND JURY CHARGES:**

On or about April 28, 2020, in the District of Arizona, to wit: at or near Tucson, Jose Montijo-Estrella, aka Jose Ramon Montijo-Estrella, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near Eagle Pass, Texas, on or about July 11, 2015, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8,

/ / /

United States Code, Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(2).

A TRUE BILL

/ S /

FOREPERSON OF THE GRAND JURY

Dated: OCT 0 7 2020

MICHAEL BAILEY
United States Attorney
District of Arizona

/ S /

ASHLEY B. CULVER
Assistant United States Attorney

*United States of America v. Jose Montijo-Estrella*
*Indictment Page 2 of 2*